# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-CR-30042-MJR-DGW-02 |
| ) | |
| MERCY REGIONAL HEALTH ) | |
| SYSTEMS, LTD., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On August 21, 2008, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Mercy Regional Health Systems, Ltd. entered a guilty plea as to Counts 1, 2, 3, 4, and 6 of the superseding indictment.

By Report filed August 25, 2008, Judge Wilkerson recommends that the undersigned District Judge accept Mercy Regional's plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 55). The Report was sent to the parties along with a "NOTICE" informing them of their right to object to Judge Wilkerson's Report. To date, no objections have been filed, and the period in which such objections may be filed has expired.

Accordingly, the undersigned District Judge **ADOPTS** in its entirety Magistrate Judge Wilkerson's Report and Recommendation (Doc. 55), **ACCEPTS** Mercy Regional's plea of

guilty (as to Counts 1, 2, 3, 4, and 6), **ADJUDGES** Mercy Regional guilty, **REFERS** the matter to the United States Probation Office so that a presentence investigation and report can be prepared, and **SETS** a sentencing hearing for **1:30 p.m. on December 5, 2008.**

        **IT IS SO ORDERED.**

        **DATED this 10th day of September 2008.**

        **s/Michael J. Reagan**
        **MICHAEL J. REAGAN**
        **United States District Judge**